## SISKIN'S PETITION.

Chapter 96, Laws 1883, requiring certain persons committed to jail to be discharged by the jailer at the expiration of a certain time, does not restrict the power of discharging them upon Gen. Laws, c. 268, s. 9.

PETITION, presented to a justice of the court in vacation, and adjourned into the law term, for the discharge of the petitioner

from jail for inability to pay a fine and costs imposed by the police court of Nashua.    The petitioner is not entitled to a discharge upon *c.* 96, Laws 1883.

Doe, C. J.    Chapter 96, Laws 1883, limits certain terms of imprisonment, and does not restrict the power of discharge given by Gen. Laws, *c.* 268, *s.* 9.